Miami Beach Electric Company, a corporation; Exotic Gardens, a corporation; Miami Laundry Company, a corporation; The Gralyn Hotel Company, a corporation; The Miami Beach Casino Company, a corporation; South Atlantic Telephone & Telegraph Company, a corporation; Indianapolis Poultry Company, a corporation, and The Seybold Baking Company, a corporation, and E. H. Thompson Company, a Florida corporation, Appellants, v. St. John Miami Beach Casino Company, a corporation, and E. E. Baker, Appellees.

An Appeal from the Circuit Court for the County of Dade.

Appeal dismissed on motion of counsel for Appellants;

Shutts & Bowen and W. L. Reed, for Appellants;

Gramling & Clarkson and Evans & Mershon, for Appellees.

---

E. E. Baker, Appellant, v. Miami Beach Electric Company, a corporation; Exotic Gardens, a corporation; Miami Laundry Company, a corporation; The Gralyn Hotel Company, a corporation; The Miami Beach Improvement Company, a corporation; South Atlantic Telephone & Telegraph Company, a corporation; Indianapolis Poultry Company, a corporation; The Seybold Baking Company, a corporation; E. H. Thompson Company, a corporation; St. John Miami Beach Casino Company, a corporation, Appellees.

An Appeal from the Circuit Court for the County of Dade.